### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**AMOS ISAIAH ADAME**                                                    **PLAINTIFF**
*#1268*

**v.**                              **CASE NO: 4:26-CV-00209-BSM**

**TURN HEALTH CLINICS,** *et al.*                                  **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE